UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA LYNN ROBINSON, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) | **JUDGMENT** |
| v. ) <br> ) | No. 7:21-CV-42-BM |
| KILOLO KIJAKAZI, ) <br> *Acting Commissioner of Social Security,* ) <br> ) <br> Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on defendant's consent motion to remand.**

**IT IS ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.**

This Judgment Filed and Entered on January 28, 2022 with service on:
Hannalore B. Merritt (via CM/ECF Notice of Electronic Filing)
Lindsay F. Osterhout (via CM/ECF Notice of Electronic Filing)
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Paul B. Eaglin (via CM/ECF Notice of Electronic Filing)
Amanda Gilman (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk