UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRENDA LYNN ROBINSON, )<br>)<br>    Plaintiff    )<br>)<br>)<br>)<br>v.    )<br>)<br>KILOLO KIJAKAZI,    )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant.    ) | **JUDGMENT**<br><br>No. 7:21-CV-42-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorneys' fees pursuant to 42 U.S.C. § 406(b) ("Section 406(b)").**

**IT IS ORDERED, ADJUDGED AND DECREED that the consent motion is ALLOWED. The Commissioner shall pay $6,000.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program("Program"), payment shall be made by check payable to plaintiff's counsel, Karl E. Osterhout, and mailed to him at the following address pursuant to plaintiff's assignment [DE-33-1] to her attorney of her right to payment of attorney's fees under the EAJA: Karl E. Osterhout, 521 Cedar Avenue., Suite 200, Oakmont, Pennsylvania 15139. If the award is subject to the Program, the balance shall be mailed to Attorney Osterhout at the above address and the check made payable to him if allowed by the Program.**

<u>This Judgment Filed and Entered on May 5, 2022 with service on:</u>

Hannalore B. Merritt (via CM/ECF Notice of Electronic Filing)

Lindsay F. Osterhout (via CM/ECF Notice of Electronic Filing)

Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)

Paul B. Eaglin (via CM/ECF Notice of Electronic Filing)

Amanda B.Gilman (Via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk